UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HIGH PERFORMANCE, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-00029 |
| | § | |
| HARTFORD LLOYD'S INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER APPROVING STIPULATION OF DISMISSAL

On this day, the parties' Joint Stipulation of Dismissal with Prejudice [de #22] was considered by the court. It appearing to the court that all issues in this case have been resolved and that the parties desire the entry of this Order, it is

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation of Dismissal is approved and that the above-styled and numbered cause and all claims asserted or that could have been asserted by all parties herein are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs incurred.

IT IS SO ORDERED.

**SIGNED this the 16th day of June, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM:**

/s/Scott G. Hunziker
Scott G. Hunziker
State Bar No. 24032446
Bill L. Voss
State Bar No.: 24047043
The Voss Law Firm
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: 713-861-0015
Facsimile: 713-861-0021
Email: scott@vosslawfirm.com
bill.voss@vosslawfirm.com
bryan@vosslawfirm.com
**ATTORNEY FOR PLAINTIFF**

*/s/Brittan L. Buchanan*
Brittan L. Buchanan
State Bar No: 03285680
Laura Grabouski
State Bar No: 24031595
**Buchanan Grabouski LLP**
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759
Telephone: 512.225.2800
Facsimile: 512.225.2801
Email: lgrabouski@bg-firm.com
bbuchanan@bg-firm.com
**ATTORNEYS FOR THE DEFENDANT HARTFORD LLOYD'S INSURANCE COMPANY**